No. 455, Misc.  GREEN v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.  *Zach H. Douglas* for petitioner. *Solicitor General Cox, Assistant Attorney General Miller,* *Beatrice Rosenberg* and *Sidney M. Glazer* for the United States.

No. 445, Misc.  GARCIA v. CALIFORNIA.  District Court of Appeal of California, Second Appellate District.  Certiorari denied.

No. 456, Misc.  BLAKESLEY v. CROUSE, WARDEN.  C. A. 10th Cir.  Certiorari denied.

No. 457, Misc.  STEBBINS v. YOUNG ET AL.  C. A. D. C. Cir.  Certiorari denied.

No. 480, Misc.  MULLEN v. BREWER, DIRECTOR, DEPARTMENT OF PUBLIC WELFARE.  C. A. D. C. Cir.  Certiorari denied.  Petitioner *pro se.  Chester H. Gray, Milton D. Korman* and *Hubert B. Pair* for respondent.

No. 484, Misc.  BROYDE v. WILLIS ET AL.  C. A. 7th Cir.  Certiorari denied.  *Charles V. Falkenberg* for petitioner.

No. 494, Misc.  BOODRY v. ARIZONA.  Supreme Court of Arizona.  Certiorari denied.

No. 496, Misc.  IN RE STEBBINS.  Court of Claims. Certiorari denied.  Petitioner *pro se.  Solicitor General Cox* for the United States.

No. 507, Misc.  CLARK v. PATE, WARDEN.  C. A. 7th Cir.  Certiorari denied.